```
                                              FILED
                                              AUG 1 7 2005
                                              RICHARD W. WIEKING
                                              CLERK, U.S. DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA
                                              OAKLAND
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                          )<br>                      Plaintiff,           )<br>                                                          )<br>      v.                                                )<br>                                                          )<br> HOWARD NEIL FLYNT,                  )<br>                                                          )<br>                      Defendant.         )<br>                                                          ) | No. CR 05-00486 MJJ [WDB]<br><br>[PROPOSED] ORDER CONTINUING DETENTION HEARING FROM WEDNESDAY, AUGUST 17, 2005 TO FRIDAY, AUGUST 19, 2005 |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Mr. Flynt's detention hearing, which is currently scheduled for Wednesday, August 17, 2005, at 10:00 a.m., be continued two days to Friday, August 19, 2005 at 10:00 a.m. in Courtroom No. 4. The Court finds that there is good cause to continue the hearing beyond the five day period, in accordance with 18 U.S.C. §3142(f)(2), in order to allow defense counsel to do additional investigation, including consult with Mr. Flynt's state attorney, who is unavailable until Thursday, August 18, 2005, regarding an outstanding warrant from a pending case in San Rafael, California.

SO ORDERED.

Date: August 17, 2005

_____
WAYNE D. BRAZIL
United States Magistrate Judge

ORDER RE: DETENTION HEARING