09/20/2005 12:34 FAX 5106373507      FED PUBLIC DEFENDER → OAK US ATTY        ☒002

Case 4:05-cr-00486-MJJ   Document 9   Filed 09/20/2005   Page 1 of 2
Case 4:05-cr-00486-MJJ   Document 11   Filed 09/21/05   Page 1 of 2

KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

CANDICE K. IAN (CSBN 225749)
Assistant United States Attorney

   1301 Clay Street Suite 340S
   Oakland, California 94612-5217
   Telephone: (510) 637-3699
   FAX: (510) 637-3724

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HOWARD NEIL FLYNT, ) <br> ) <br> Defendant. ) | No. CR 05-00486 MJJ <br><br> [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM AUGUST 16, 2005 TO OCTOBER 6, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION <br> (18 U.S.C. § 3161(h)(8)(A)) <br><br> OAKLAND VENUE |

    The parties appeared before the Court on August 16, 2005. With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from August 16, 2005 to October 6, 2005. The parties agreed, and the Court found and held, as follows:

    1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due

[~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM AUGUST 16, 2005
TO OCTOBER 6, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §
3161(h)(8)(A))
No. CR 05-00486 MJJ

08/20/2005 12:35 FAX 5106373507      FED PUBLIC DEFENDER → OAK US ATTY      ☒003
Case 4:05-cr-00486-MJJ   Document 9   Filed 09/20/2005   Page 2 of 2
Case 4:05-cr-00486-MJJ   Document 11   Filed 09/21/05   Page 2 of 2

1. diligence, and would deny the defendant and the government continuity of counsel.

2. 4. Given these circumstances, the Court found that the ends of justice served by excluding the period from August 16, 2005 to October 6, 2005, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court ordered that the period from August 16, 2005 to October 6, 2005 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court scheduled a new hearing for status on October 6, 2005, at 2:00 p.m., before the Honorable Martin J. Jenkins.

IT IS SO STIPULATED.

DATED: 9/19/05

CANDICE K. JAN
Special Assistant United States Attorney

DATED: 9/20/05

JOYCE LEAVITT
Attorney for: HOWARD NEIL FLYNT

IT IS SO ORDERED.

DATED: 9/21/2005

HON. MARTIN J. JENKINS
United States District Court Judge

[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM AUGUST 16, 2005 TO OCTOBER 6, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))
No. CR 05-00486 MJJ