1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  CANDICE K. JAN (CSBN 225749)
   Assistant United States Attorney
5
       1301 Clay Street Suite 340S
6      Oakland, California 94612-5217
       Telephone: (510) 637-3699
7      FAX: (510) 637-3724

8  Attorneys for Plaintiff

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              OAKLAND DIVISION

12

13
   UNITED STATES OF AMERICA,        )    No. CR 05-00486 MJJ
14                                  )
              Plaintiff,            )    [PROPOSED] ORDER AND
15                                  )    STIPULATION TO CONTINUE STATUS
        v.                          )    HEARING AND EXCLUDING TIME
16                                  )    FROM OCTOBER 6, 2005, TO OCTOBER
   HOWARD NEIL FLYNT,               )    27, 2005, FROM THE SPEEDY TRIAL
17                                  )    ACT CALCULATION
              Defendant.            )    (18 U.S.C. § 3161(h)(8)(A))
18   _____)
                                         OAKLAND VENUE
19

20
        The parties are scheduled to appear before the Court on October 6, 2005 at 2:00 p.m. With
21
   the agreement of the parties, and with the consent of the defendant, the Court enters this order (1)
22
   continuing the hearing for status from October 6, 2005 at 2:00 p.m. to October 27, 2005 at 2:00
23
   p.m., before the Honorable Martin J. Jenkins, and (2) documenting the exclusion of time under
24
   the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from October 6, 2005 to October 27, 2005.
25
   The parties agree, and the Court finds and hold, as follows:
26

27 [PROPOSED] ORDER AND STIPULATION TO CONTINUE STATUS HEARING AND
28 EXCLUDING TIME FROM OCTOBER 6, 2005, TO OCTOBER 27, 2005, FROM THE
   SPEEDY TRIAL ACT CALCULATION
   (18 U.S.C. § 3161(h)(8)(A))
   No. CR 05-00486 MJJ

1. Counsel for the defense believes that continuing the hearing for status is in his client's best interest. The defense is still reviewing additional discovery that was received around October 4, 2005; the parties are investigating disposition of the case and expect to be able to resolve the case in the near future.

3. The defendant agrees to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the defendant and the government continuity of counsel. Counsel for the United States will be out of town on the court calendar days of October 13, 2005 and October 20, 2005.

4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from October 6, 2005 to October 27, 2005, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court orders that the period from October 6, 2005 to October 27, 2005 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 10/5/05

CANDICE K. JAN
Special Assistant United States Attorney

DATED: 10/5/05

JOYCE LEAVITT
Attorney for HOWARD NEIL FLYNT

[PROPOSED] ORDER AND STIPULATION TO CONTINUE STATUS HEARING AND EXCLUDING TIME FROM OCTOBER 6, 2005, TO OCTOBER 27, 2005, FROM THE SPEEDY TRIAL ACT CALCULATION
(18 U.S.C. § 3161(h)(8)(A))
No. CR 05-00486 MJJ

1  IT IS SO ORDERED.
2
3  DATED: 10/7/2005

*[signature]*
HON. MARTIN J. JENKINS
United States District Judge

27
28 [PROPOSED] ORDER AND STIPULATION TO CONTINUE STATUS HEARING AND EXCLUDING TIME FROM OCTOBER 6, 2005, TO OCTOBER 27, 2005, FROM THE SPEEDY TRIAL ACT CALCULATION
(18 U.S.C. § 3161(h)(8)(A))
No. CR 05-00486 MJJ