BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant FLYNT

FILED

NOV 2 2 2005

RICHARD W. WICKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00486 MJJ |
| Plaintiff, | STIPULATION AND [PROPOSED] |
| v. | ORDER FOR CONTINUANCE OF COURT DATE AND EXCLUSION OF TIME UNDER THE SPEEDY |
| HOWARD N. FLYNT, | TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the court date

in this case, currently scheduled for Friday, November 18, 2005 at 2:30 p.m. in Oakland,

California, before Honorable Judge Martin Jenkins, may be continued to Friday, December 16,

2005, at 2:30 p.m., in Oakland, California, before Honorable Judge Martin Jenkins for status. The

current status of the case is that defense counsel is continuing to review discovery and conduct

investigation for either a change of plea or trial setting.  A continuance to December 16, 2005, will

enable defense counsel to continue with its investigation.  The parties therefore stipulate that the

time from November 18, 2005, to December 16, 2005, should be excluded in accordance with the

STIP. CONTINUING
COURT DATE
- 1 -

1   provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate

2   preparation of counsel in order to allow defense counsel to obtain additional documents and

3   continue with its investigation.

4

5

6   DATED:   November 17, 2005

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

7

8

9   DATED:   November 17, 2005

/S/
_____
CANDICE JAN
Assistant United States Attorney

10

11

12

13                              SIGNATURE ATTESTATION

14         I hereby attest that I have on file all holograph signatures indicated by a "conformed"

15   signature ("/S/") within this efiled document.

16

17

18

19

20

21

22

23

24

25

26

STIP. CONTINUING
COURT DATE                     - 2 -

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the court date, currently scheduled for Friday, November 18, 2005, 2005, at 2:30 p.m., in Oakland, California, before Honorable Judge Martin Jenkins, shall be continued to Friday, December 16, 2005, at 2:30 p.m., in Oakland, California, for status.

IT IS FURTHER ORDERED that the time from November 18, 2005, to December 16, 2005, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel in order to allow defense counsel to obtain documents and continue with its investigation. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial because additional review and investigation is necessary and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 1/22/2005

HONORABLE MARTIN J. JENKINS
United States District Judge

STIP. CONTINUING
COURT DATE                                      - 3 -