KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

CANDICE K. JAN (CSBN 225749)
Special Assistant United States Attorney

1301 Clay Street, Suite 340S
San Francisco, CA 94612-5217
Telephone: (510) 637-3699
Facsimile:  (510) 637-3724

Attorneys for Plaintiff

**FILED**
DEC 30 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>HOWARD N. FLYNT,<br><br>　　　Defendant. | No. CR 05-00486 MJJ<br><br>[~~PROPOSED~~] ORDER EXCLUDING TIME FROM DECEMBER 23, 2005 TO JANUARY 12, 2006, FROM THE SPEEDY TRIAL ACT CALCULATION<br>(18 U.S.C. § 3161, subdivision (h)(8)(A)) |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time from December 23, 2005 to January 12, 2006, under the Speedy Trial Act, 18 U.S.C. § 3161, subdivision (h)(8)(A).

IT IS SO ORDERED.

DATED: 12/30/2005

HON. MARTIN J. JENKINS
United States District Court Judge