1 | BARRY J. PORTMAN
Federal Public Defender
2 | JOYCE LEAVITT
Assistant Federal Public Defender
3 | 555 12th Street, Suite 650
Oakland, CA 94607-3627
4 |
Counsel for Defendant FLYNT

FILED

MAR 23 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00486 MJJ |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| v. ) | ORDER FOR CONTINUANCE OF |
| ) | COURT DATE AND EXCLUSION |
| ) | OF TIME UNDER THE SPEEDY |
| HOWARD N. FLYNT, ) | TRIAL ACT, 18 U.S.C. § 3161 ET |
| ) | SEQ. |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the court date in this case, previously scheduled for Friday, March 10, 2006 at 2:30 p.m. in Oakland, California, before Honorable Judge Martin Jenkins, may be continued to Friday, April 7, 2006, at 2:30 p.m., for change of plea. The status of the case is that parties are continuing to investigate issues relating to the change of plea. A continuance to April 7, 2006, will allow counsel adequate time to resolve the issues and review the plea agreement with Mr. Flynt prior to the change of plea on April 7, 2006.

The parties stipulate that the time from March 10, 2006, to April 7, 2006, should be excluded

STIP. CONTINUING
COURT DATE                    - 1 -

1  in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv)
2  for adequate preparation of counsel and continuity of counsel.

4  DATED: March 21, 2006
                                       /S/
                                       _____
                                       JOYCE LEAVITT
                                       Assistant Federal Public Defender

8  DATED: March 21, 2006
                                       /S/
                                       _____
                                       CANDICE JAN
                                       Assistant United States Attorney

### SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

STIP. CONTINUING
COURT DATE                       - 2 -

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the court date in this case, currently scheduled for Friday, March 10, 2006 at 2:30 p.m. in Oakland, California, before Honorable Judge Martin Jenkins, may be continued to Friday, April 7, 2006, at 2:30 p.m., for change of plea.

IT IS FURTHER ORDERED that the time from March 10, 2006, to April 7, 2006, shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel and continuity of counsel.

SO ORDERED.

DATED: 3/23/2006

HONORABLE MARTIN J. JENKINS
United States District Judge

STIP. CONTINUING
COURT DATE
- 3 -