1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  MERRY JEAN CHAN (CSBN 229254)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340-S
6  Oakland, California 94612
   Telephone: (510) 637-3703
7  Facsimile: (510) 637-3724
   Email: merry.chan@usdoj.gov
8
   Attorneys for the United States of America
9

E-filing

**FILED**

MAY 0 1 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00486 MJJ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | GOVERNMENT'S NOTICE OF SUBSTITUTION OF COUNSEL |
| HOWARD N. FLYNT, | ) | |
| Defendant. | ) | |

Plaintiff, the United States of America, hereby provides notice of substitution of counsel. Specifically, Assistant United States Attorney Merry Jean Chan has replaced prior counsel for the United States in this matter. Therefore, the government requests that this substitution be made, and that all future correspondence, pleadings, or other communication be directed accordingly.

Dated: April 25, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

MERRY JEAN CHAN
Assistant United States Attorney

IT IS SO ORDERED

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE
5/1/2006
DATE